# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL,[*]<br>Acting Warden, California State<br>Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 90-4638 RSWL<br><br>**DEATH PENALTY CASE**<br><br>ORDER RE OBJECTIONS |

The parties have made various objections to evidence submitted as part of the evidentiary hearing. Many of these are not true evidentiary objections but objections to the arguments of counsel. The Court need not rule on these objections, as the Court has considered all of the arguments presented by the parties in addressing each claim. Having considered the parties' briefs, the Court hereby orders as follows:

1. Respondent's objection to the March 27, 1990 declaration of Dorothy Otnow Lewis as unreliable is **OVERRULED**. The declaration is admissible pursuant to Federal Rule of Evidence 703.

---

[*] Michael Martel is substituted for his predecessors as Acting Warden of the California State Prison at San Quentin, pursuant to Federal Rule of Civil Procedure 25(d).

2. Respondent's objection to ¶ 34 of CDD[1] as "solely derived from" the March 27, 1990 declaration of Dr. Lewis is **OVERRULED**. The Court has overruled respondent's objection to Dr. Lewis's declaration. Moreover, the record belies respondent's assertion that ¶ 34 is based only on information contained in Dr. Lewis's March 27, 1990 declaration.

3. Petitioner's objection to CDNS[2] at 135:1-136:27 and Ex. 38 (P01149-1152) is **OVERRULED**.

4. Petitioner's objection to CDNS at 132:24-133:5 and Ex. 38 (P3439-3443) is **OVERRULED**.

5. Petitioner's objection to CDNS at 3:9-11 and 1 CDD 49 is **OVERRULED**.

6. Petitioner's objection to CDNS 3:15-18 and 1 CDD 51, 52 is **OVERRULED**.

7. Petitioner's objection to CDNS at 4:11-14, 1 CDD 56, 57 is **OVERRULED**.

8. Petitioner's objection to CDNS at 4:15-17, 1 CDD 58 is **OVERRULED**.

9. Petitioner's objection to CDNS at 6:19-9:17 and Ex. 38 (P00517-19) is **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental state at the time of the crime.

10. Petitioner's objection to CDNS at 9:18-24 and Ex. 38 (P01967-69) is **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental state at the time of the crime.

11. Petitioner's objection to CDNS at 9:25-10:7 and Ex. 38 (P00520-24) is **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental

---

[1] CDD refers to the deposition of Charles Downing.

[2] CDNS refers to Charles Downing's Narrative Statement.

1  state at the time of the crime.

2      12.    Petitioner's objection to CDNS at 11:4-18 and Ex. 38 (P0751) is **OVERRULED**.

4      13.    Petitioner's objection to CDNS at 11:11-12:20 and Ex. 38 (P01213-16) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

7      14.    Petitioner's objection to CDNS at 12:22-13:8 and Ex. 38 (P01210) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

10      15.    Petitioner's objection to Ex. 38 (P00814-15) is **SUSTAINED** to the extent that it is offered to prove petitioner's mental state at the time of the crime.

12      16.    Petitioner's objection to CDNS at 14:7-15:20, 41:3-11, 138:6-27 and Ex. 38 (P00444-50) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

15      17.    Petitioner's objection to CDNS at 15:22-18:6, 46:1010, 61:4-62:3 and Ex. 38 (P00539-43, P00839-43) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

18      18.    Petitioner's objection to CDNS at 18:7-23, 60:18-61:3 and Ex. 38 (P00547-50) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

21      19.    Petitioner's objection to CDNS at 18:24-19:4 and Ex. 38 (P00529-31) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

24      20.    Petitioner's objection to CDNS at 19:15-20 and Ex. 38 (P00532-33) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

27      21.    Petitioner's objection to CDNS at 19:21-20:8 and Ex. 38 (P0033) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental

1  state at the time of the crime.

2      22.    Petitioner's objection to CDNS at 20:9-18 and Ex. 38 (P00438) is
3  **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
4  state at the time of the crime.

5      23.    Petitioner's objection to CDNS at 20:19-28 and Ex. 38 (P00504) to
6  is **SUSTAINED** the extent that the evidence is offered to prove petitioner's mental
7  state at the time of the crime.

8      24.    Petitioner's objection to CDNS at 21:2-9 and Ex. 38 (P00215) is
9  **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
10 state at the time of the crime or his relationship with his parents.

11     25.    Petitioner's objection to CDNS at 21:10-15 and Ex. 38 (P00228) to
12 is **SUSTAINED** the extent that the evidence is offered to prove petitioner's mental
13 state at the time of the crime.

14     26.    Petitioner's objection to CDNS at 21:16-27 and Ex. L-1 (P00822-23)
15 is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
16 mental state at the time of the crime or his relationship with his parents.

17     27.    Petitioner's objection to CDNS at 21:28-22:19 and Ex. 38 (P01067-
18 76) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
19 mental state at the time of the crime or his relationship with his parents.

20     28.    Petitioner's objection to CDNS at 20:20-24:19, 43:27-46:11 and
21 Ex. 38 (P01096-1106) is **SUSTAINED** to the extent that the evidence is offered to
22 prove petitioner's mental state at the time of the crime or his relationship with his
23 parents.

24     29.    Petitioner's objection to CDNS at 24:20-25:8 and Ex. 38 (P01109-
25 1110) is **SUSTAINED** to the extent that the evidence is offered to prove
26 petitioner's mental state at the time of the crime or his relationship with his
27 parents.

28     30.    Petitioner's objection to CDNS at 25:9-20, Ex. L-10 and Ex. 38

1  (P01086-88) is **SUSTAINED** to the extent that the evidence is offered to prove
2  petitioner's mental state at the time of the crime or his relationship with his
3  parents.

4       31.     Petitioner's objection to CDNS at 25:21-26:5 and Ex. 38 (P00520-
5  24) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
6  mental state at the time of the crime or his relationship with his parents.

7       32.     Petitioner's objection to CDNS at 26:6-12 and Ex. 38 (P003441-
8  3443) is **SUSTAINED** to the extent that the evidence is offered to prove
9  petitioner's mental state at the time of the crime or his relationship with his
10 parents.

11       33.     Petitioner's objection to CDNS at 26:13-25, 136:28-37:12, Ex. 38
12 (P01119) and 6 CDD 77-78 is **SUSTAINED** to the extent that the evidence is
13 offered to prove petitioner's mental state at the time of the crime or his relationship
14 with his parents.

15       34.     Petitioner's objection to CDNS at 26:26-27:4 and Ex. P01121 is
16 **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental
17 state at the time of the crime or his relationship with his parents.

18       35.     Petitioner's objection to CDNS 134:20 -135:7 and Ex. 38 (P01127-
19              28)
20 is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
21 father was not abusive but **OVERRULED** to the extent that the evidence is offered
22 to prove whether counsel made a strategic decision.

23       36.     Petitioner's objection to CDNS at 27:5-19 and Ex. 38 (P01133) is
24 **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
25 state at the time of the crimes or petitioner's relationship with his parents, but
26 **OVERRULED** to the extent that the evidence is offered to prove whether counsel
27 made a strategic decision.

28       37.     Petitioner's objection to CDNS at 27:20-28:3 and Ex. 38 (P01134)

1  is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
2  mental state at the time of the crimes or petitioner's relationship with his parents,
3  but **OVERRULED** to the extent that the evidence is offered to prove whether
4  counsel made a strategic decision.

5       38.    Petitioner's objection to CDNS at 28:4-17 and Ex. 38 (P01135) is
6  **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
7  state at the time of the crimes or petitioner's relationship with his parents, but
8  **OVERRULED** to the extent that the evidence is offered to prove whether counsel
9  made a strategic decision.

10       39.    Petitioner's objection to CDNS at 135:8-19, 6 CDD 87-88 and Ex.
11  38 (P01139-40) is **SUSTAINED** to the extent that the evidence is offered to prove
12  petitioner was not abused by his parents.

13       40.    Petitioner's objection to CDNS at 135:21-36:27 and Ex. 38 (P01149-
14  52) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
15  father was not abusive, but **OVERRULED** to the extent that the evidence is
16  offered to prove whether trial counsel made a strategic decision.

17       41.    Petitioner's objection to CDNS at 28:19-29:2, 137:13-21 and Ex. 38
18  (P01153) is **SUSTAINED** to the extent that the evidence is offered to prove
19  petitioner's mental state at the time of the crimes or petitioner's relationship with
20  his parents, but **OVERRULED** to the extent that the evidence is offered to prove
21  whether counsel made a strategic decision.

22       42.    Petitioner's objection to CDNS at 137:23-28 and Ex. 38 (P01155) is
23  **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental
24  state at the time of the crime or his relationship with his parents.

25       43.    Petitioner's objection to CDNS at 29:3-10 and Ex. 38 (P01156) is
26  **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental
27  state at the time of the crime or his relationship with his parents.

28       44.    Petitioner's objection to CDNS at 29:11-16 and Ex. 38

(P01156) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crimes or petitioner's relationship with his parents, but **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

45. Petitioner's objection to CDNS at 138:1-5 and Ex. 38 (P01158) is **SUSTAINED** to the extent the evidence is offered to prove petitioner's mental state at the time of the crime or that petitioner was not abused by his parents.

46. Petitioner's objection to CDNS at 29:17-21 and Ex. 38 (P01112) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crimes, but **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

47. Petitioner's objection to CDNS at 29:22-25 and Ex. 38 (P01159-60) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crimes, but **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

48. Petitioner's objection to CDNS at 29:26-30:6 and Ex. 38 (P0163) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crimes.

49. Petitioner's objection to CDNS at 138:28-139:10 and Ex. 38 (P01170) is **SUSTAINED** to the extent the evidence is offered to prove that petitioner was not abused by his father.

50. Petitioner's objection to CDNS at 139:12-140:3 and Ex. 38 (P01176) is **OVERRULED** to the extent the evidence is offered to prove whether counsel made a strategic decision.

51. Petitioner's objection to CDNS at 140:4-20 and Ex. 38 (P01177-78) is **SUSTAINED** to the extent the evidence is offered to prove that petitioner was not abused by his father.

52. Petitioner's objection to CDNS at 140:21-141:3 and Ex. 38

(P01179-80) is **OVERRULED** to the extent the evidence is offered to prove whether counsel made a strategic decision.

53. Petitioner's objection to CDNS at 141:4-142:3 and Ex. 38 (P01181-82) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's father did not abuse petitioner, but **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

54. Petitioner's objection to CDNS at 142:4-12 and Ex. 38 (P01187) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's parents did not abuse petitioner.

55. Petitioner's objection to CDNS at 142:13-19 and Ex. 38 (P01193-94) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's parents did not abuse petitioner.

56. Petitioner's objection to CDNS at 30:7-11 and Ex. 38 (P01195) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crimes, but **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

57. Petitioner's objection to CDNS at 142:21-26 and Ex. 38 (P01198) is **SUSTAINED** to the extent that the evidence is offered to prove that petitioner's parents did not abuse petitioner.

58. Petitioner's objection to CDNS at 142:27-143:13 and Ex. 38 (P01199-01) is **SUSTAINED** to the extent that the evidence is offered to prove that petitioner's parents did not abuse petitioner.

59. Petitioner's objection to CDNS at 30:12-16 and Ex. 38 (P01204-05) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crimes or petitioner's relationship with his parents, but **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

60. Petitioner's objection to CDNS at 143:14-20 and Ex. 38

1  (P01208) is **OVERRULED** to the extent the evidence is offered to prove whether
2  counsel made a strategic decision.
3      61.  Petitioner's objection to CDNS at 30:17-27 and Ex. 38 (P01211) is
4  **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
5  state at the time of the crimes or petitioner's relationship with his parents.
6      62.  Petitioner's objection to CDNS at 143:21-45:20, 26 and Ex. 38
7  (P01212-13) is **SUSTAINED** to the extent that the evidence is offered to prove
8  petitioner's mental state at the time of the crimes or petitioner's relationship with
9  his parents, but **OVERRULED** to the extent that the evidence is offered to prove
10 whether counsel made a strategic decision.
11     63.  Petitioner's objection to CDNS at 30:28 and Ex. 38 (P0842) is
12 **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
13 state at the time of the crime.
14     64.  Petitioner's objection to CDNS at 31:13-26 and Ex. 38 (P00842-43) is
15 **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
16 state at the time of the crime.
17     65.  Petitioner's objection to CDNS at 31:27-32:17 and Ex. 38 (P0886-87)
18 is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's
19 mental state at the time of the crime.
20     66.  Petitioner's objection to CDNS at 32:18-24 and Ex. 38 (P01602) is
21 **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
22 state at the time of the crime.
23     67.  Petitioner's objection to CDNS at 32:25-33:4 and Ex. 38 (P01977) is
24 **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
25 state at the time of the crime.
26     68.  Petitioner's objection to CDNS at 33:5-13 and Ex. 38 (P00317) is
27 **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental
28 state at the time of the crime.

69. Petitioner's objection to CDNS at 33:14-34:2 and Ex. 38 (P00324) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

70. Petitioner's objection to CDNS at 34:3-20 and Ex. 38 (P00376) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

80. Petitioner's objection to 5 CDD 6 is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime, but **OVERRULED** to the extent the evidence is offered to prove whether counsel made a strategic decision.

81. Petitioner's objection to CDNS at 39:22-40:10, 6 CDD 43-45 and Ex. 38 (P00886) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime, but is **OVERRULED** to the extent the evidence is offered to prove whether counsel made a strategic decision.

82. Petitioner's objection to 2 CDD 10 is **SUSTAINED** to the extent that the evidence is offered to prove that petitioner's parents did not abuse him.

83. Petitioner's objection to 11 CDD 119 is **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

84. Petitioner's objection to CDNS at 86:17-87:9 is **OVERRULED** to the extent that the evidence is offered to prove whether counsel made a strategic decision.

85. Petitioner's objection to CDNS at 88:7-24 is **SUSTAINED**.

86. Petitioner's objection to Ex. 38 (P00887) is **SUSTAINED** to the extent that the evidence is offered to prove petitioner's mental state at the time of the crime.

87. Petitioner's objection to 4 CDD 62-65 is **OVERRULED** to the extent the evidence is offered to prove counsel made a strategic decision.

88. Petitioner's objection to CDNS at 100:1-6 is **OVERRULED**.

1  89. Petitioner's objection to 6 CDD 26, 27 is **OVERRULED** to the
2  extent that the evidence is offered to prove whether counsel made a strategic
3  decision.
4  90. Petitioner's objection to CDD Ex. 4 (P00330) is **OVERRULED** to
5  the extent that the evidence is offered to prove whether counsel made a strategic
6  decision.

8  91. Petitioner's objection to CDD Ex. 38 (P00330) is **OVERRULED**.
9  92. Petitioner's objection to CDD Ex. L-1 (P00446) is **OVERRULED**.
10 93. Petitioner's objection to CDD Ex. 38 (P01968) is **OVERRULED**.
11 94. Petitioner's objection to 4 CDD 56, CDD Ex. 38 (P00346-47) is
12 **OVERRULED**.
13 95. Petitioner's objection to 2 CDD 68-73, 76; 3 CDD 6, 12-14, CDD Ex.
14 38 (P00196) is **OVERRULED**.
15 96. Petitioner's objection to CDNS at 152:3-12 is **SUSTAINED** to the
16 extent that the evidence is offered to prove that petitioner was not abused by his
17 parents.
18 97. Petitioner's objection to 3 CDD 16-19, 24-25 and CDD Ex. 38
19 (P00210) is **SUSTAINED** to the extent that the evidence is offer to prove
20 petitioner's parents were not abusive.
21 98. Petitioner's objection to CDD Ex. 38 (P01096-11) is **SUSTAINED**.
22 99. Petitioner's objection to 8 CDD 74 is **OVERRULED**.
23 100. Respondent's objection to Wagner Depo. at 25:6-22, 26:19-24 is
24 **SUSTAINED**.
25 101. Respondent's objection to State Petition, Ex. D is **SUSTAINED**.
26 102. Respondent's objection to Wagner Depo. at 23:15-24:21 is
27 **SUSTAINED**.
28 103. Respondent's objection to Wagner Depo. at 40:19-41:13 is

11

1 **SUSTAINED**.

2 104. Respondent's objection to Wagner Depo. Ex. I, ¶ 2 is **SUSTAINED**. The statement, "I told him that I was agonizing over the fact that I had to make a decision that could mean life or death for the individual on trial," is admissible to show what happened outside the jury room but is inadmissible for the truth of the matter asserted.

105. Respondent's objection to McClister-Jasinski Depo., Ex. B, ¶ 2 is **SUSTAINED**.

106. Respondent's objection to Lamont-Soliman Depo. at 23:5-8 is **SUSTAINED**.

107. Respondent's objection to Wagner Depo. at 41: 12-13 is **SUSTAINED**.

108. Respondent's objection to Wagner Depo. at 40:19-41:13 is **SUSTAINED**.

109. Respondent's objection to Wagner Depo. at 23:17-20 is **SUSTAINED**.

110. Respondent's objection to Wagner Depo. at 23:23-24, 24:1-21 is **SUSTAINED**.

111. Respondent's objections to the declarations of Martin Brandfon, Vikki Schummer and William Gailey, including paragraph 8 of Martin Brandfon's declaration, are **SUSTAINED**.

**IT IS SO ORDERED.**

Dated: August 16, 2011.

RONALD S.W. LEW
_____
Ronald S. W. Lew
United States District Judge